IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION and HTC AMERICA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-083-LPS-CJB |

**DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER BASED ON IMPROPER VENUE AND CONVENIENCE**

Defendants HTC Corporation ("HTC Corp.") and HTC America, Inc. ("HTC America") (collectively "Defendants") hereby move to dismiss for improper venue as to both defendants and for lack of personal jurisdiction as to HTC Corp.

Alternatively, defendants move to transfer to the Western District of Washington under 28 U.S.C. § 1406(a) and/or § 1404(a).

Pursuant to Local Rule 7.1.1, Defendants certify that a reasonable effort has been made to reach agreement with plaintiffs on the matters set forth in the motion.

OF COUNSEL:
Yar R. Chaikovsky
Philip Ou
Jonas P. Herrell
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
(650) 320-1832

Dated: June 27, 2017

/s/ John W. Shaw
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Defendants*