IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION and HTC AMERICA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 17-083-LPS-CJB

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Having considered Defendant HTC Corporation's ("HTC Corp.") and HTC America, Inc.'s ("HTC America") (collectively "defendants") motion to dismiss for improper venue as to both defendants and for lack of personal jurisdiction as to HTC Corp., and having considered the parties' submissions and argument, if any, the Court hereby GRANTS Defendants' motion to dismiss.

SO ORDERED this ____ day of _____, 2017.

_____
United States District Judge