# EXHIBIT 1

# REDACTED

# EXHIBIT 2

**REDACTED**

# EXHIBIT 3

**REDACTED**

# EXHIBIT 4

**Andres Healy**

| | |
|---|---|
| **From:** | Lee, Jinyung <jinyung.lee@sidley.com> |
| **Sent:** | Friday, May 3, 2019 1:59 PM |
| **To:** | Andres Healy; Nagdev, Ash; Hanhan, Melinda; Kang, Peter H.; Smith, Rodger (EXTERNAL @MNAT.COM); Sandrock, Ryan; Ou, Philip; Yen, Bruce; Shaw, John (EXTERNAL @SHAWKELLER.COM); Radhesh Devendran; Trevino, Daniel; Mary Oros; Chaikovsky, Yar R. |
| **Cc:** | Hunter Vance; Jeff David; Jenna Farleigh; Joanna Stanley; Lexie White; Farnan, Brian (EXTERNAL @FARNANLAW.COM); Farnan, Michael |
| **Subject:** | RE: LGE / 3G (17-085) -- Deposition Notices for Marcello Dini, Roy Chen and Pierpaolo Carruba -- D.I. 262-264 |

Andres,

We will discuss with HTC's counsel regarding dates for Mr. Carruba and Mr. Dini. (copied here)

As for Mr. Chen, we will get back to you.

Thank you,
Jinyung

**JINYUNG LEE**
Associate

**SIDLEY AUSTIN LLP**
+1 650 565 7090
jinyung.lee@sidley.com

---

**From:** Andres Healy <AHealy@susmangodfrey.com>
**Sent:** Friday, May 3, 2019 11:50 AM
**To:** Nagdev, Ash <anagdev@sidley.com>; Lee, Jinyung <jinyung.lee@sidley.com>; Hanhan, Melinda <mhanhan@sidley.com>; Kang, Peter H. <pkang@sidley.com>; Smith, Rodger (EXTERNAL @MNAT.COM) <rsmith@mnat.com>; Sandrock, Ryan <rsandrock@sidley.com>
**Cc:** Hunter Vance <HVance@susmangodfrey.com>; Jeff David <JDavid@susmangodfrey.com>; Jenna Farleigh <JFarleigh@susmangodfrey.com>; Joanna Stanley <jstanley@SusmanGodfrey.com>; Lexie White <lwhite@susmangodfrey.com>; Farnan, Brian (EXTERNAL @FARNANLAW.COM) <bfarnan@farnanlaw.com>; Farnan, Michael <mfarnan@farnanlaw.com>; Andres Healy <AHealy@susmangodfrey.com>
**Subject:** RE: LGE / 3G (17-085) -- Deposition Notices for Marcello Dini, Roy Chen and Pierpaolo Carruba -- D.I. 262-264

Counsel,

As previously discussed (and communicated to you again this morning), Mr. Carrubba and Mr. Dini are available on May 23 and May 24, respectively. They are not available on May 13 or May 15.

Further, as also communicated, Mr. Chen is not an employee of any Plaintiff, and we have no ability to make him available in response to your notice. In addition, while we remain happy to

1

reach out to Mr. Chen to see if he will agree to be deposed voluntarily, we understand from Mr. Ou that Defendants are not willing to depose Mr. Chen where he resides (Hong Kong) or pay for him to come to the United States. If that has changed, please let us know.

Best,

**Andres C. Healy | Susman Godfrey LLP**
206.505.3843 | ahealy@susmangodfrey.com
1201 Third Ave | Suite 3800 | Seattle, Washington 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**
Susman Godfrey's 2018 Year in Review

*This message may be protected by the attorney client privilege or the work product doctrine.*

---

**From:** Hoy, Rebecca <rhoy@MNAT.com>
**Sent:** Friday, May 3, 2019 11:09 AM
**To:** 80928 MNAT Internal <80928.wilm@wcs.mnat.com>; Andres Healy <AHealy@susmangodfrey.com>; 'Farnan, Brian' <bfarnan@farnanlaw.com>; Farnan, Michael <mfarnan@farnanlaw.com>; Hunter Vance <HVance@susmangodfrey.com>; Jeff David <JDavid@susmangodfrey.com>; Jenna Farleigh <JFarleigh@susmangodfrey.com>; Joanna Stanley <jstanley@SusmanGodfrey.com>; Joseph Farnan <farnan@farnanlaw.com>; Lexie White <lwhite@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Smith, Rodger <RSmith@MNAT.com>
**Subject:** LGE / 3G (17-085) -- Deposition Notices for Marcello Dini, Roy Chen and Pierpaolo Carruba -- D.I. 262-264

**On behalf of Rodger D. Smith II, I forward the following:**

**Document Number:** 262
**Docket Text:**
**NOTICE to Take Deposition of Marcello Dini on May 13, 2019 filed by LG Electronics Inc., LG Electronics U.S.A., Inc..(Smith, Rodger)**

**Document Number:** 263
**Docket Text:**
**NOTICE to Take Deposition of Roy Chen on May 14, 2019 filed by LG Electronics Inc., LG Electronics U.S.A., Inc..(Smith, Rodger)**

**Document Number:** 264
**Docket Text:**
**NOTICE to Take Deposition of Pierpaolo Carruba on May 15, 2019 filed by LG Electronics Inc., LG Electronics U.S.A., Inc..(Smith, Rodger)**

**REBECCA HOY**
Administrative Assistant
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

(302) 351-9154 T
**rhoy@mnat.com | www.mnat.com**

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

****************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************