**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A., <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | C.A. No. 17-cv-83-GBW |

**[PROPOSED] ORDER**

The Court, having considered BlackBerry Corporation's ("BlackBerry") Unopposed Motion to Seal Courtroom During Use of Non-Party BlackBerry Corporation's Confidential Information in Upcoming Trial and Pretrial Conference, and for the reasons set forth therein, ORDERS THAT:

1. The Court will seal the courtroom during the limited period where BlackBerry's Material is being discussed or displayed at both the pretrial conference on October 4, 2023, and the jury trial beginning on October 10, 2023, such that BlackBerry's Material will not be displayed to the public during the pretrial conference or trial;

2. Any BlackBerry Material that will be admitted into evidence will be admitted under seal.

3. Counsel will notify the Court when Blackberry Material is about to be discussed and there is need to seal the Courtroom.

**SO ORDERED** this 8th day of September, 2023.

_____
United States District Court Judge