IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 17-083-GBW <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendant HTC Corporation moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. Trial is scheduled to start on October 10, 2023 and last through October 16, 2023.

3. The following paralegals, witnesses and trial graphics coordinators intend to appear at the hearing and trial and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Shen Ye – Representative of HTC Corporation

- Courtney Harris – Shaw Keller LLP Paralegal

- Lindsey Gellar – Shaw Keller LLP Associate

|  | Respectfully submitted, |
|---|---|
|  | /s/ Karen E. Keller |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Yar R. Chaikovsky | Karen E. Keller (No. 4489) |
| Philip Ou | Nathan R. Hoeschen (No. 6232) |
| Bruce Yen | SHAW KELLER LLP |
| Radhesh Devendran | I.M. Pei Building |
| Shashank Chitti | 1105 North Market Street, 12th Floor |
| Jake Gold | Wilmington, DE 19801 |
| WHITE & CASE LLP | (302) 298-0700 |
| 3000 El Camino Real | jshaw@shawkeller.com |
| 2 Palo Alto Square, Suite 900 | kkeller@shawkeller.com |
| Palo Alto, CA 94306-2109 | nhoeschen@shawkeller.com |
| (650) 213-0300 | *Attorneys for Defendant HTC Corporation* |

Dated: October 5, 2023