IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 17-083-GBW ) ) ) ) ) |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Defendants' Motion requesting an exemption of persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of the Trial scheduled to start on October 10, 2023 and last through October 16, 2023 in the above captioned case, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Shen Ye – Representative of HTC Corporation
- Courtney Harris – Shaw Keller LLP Paralegal
- Lindsey Gellar – Shaw Keller LLP Associate

IT IS SO ORDERED this ____ day of _____, 2023.

                                                                                            _____
                                                                                            The Honorable Gregory B. Williams