IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> HTC Corporation, <br><br> Defendant. | C.A. No. 17-cv-83-GBW <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL OF '564 PATENT CLAIMS

Pursuant to the Court's instructions during the pretrial conference, plaintiffs 3G Licensing, S.A. and Orange, S.A. (collectively, "Plaintiffs") submit this Notice of Dismissal of their claims for infringement of U.S. Patent No. 7,933,564. For the avoidance of doubt, this Notice of Dismissal does not apply to Plaintiffs' claims relating to U.S. Patent Nos. 7,995,091 and 6,856,818.

Dated: October 5, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　FARNAN LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/* Brian E. Farnan
　　　　　　　　　　　　　　　　　　　　　　Brian E. Farnan (Bar No. 4089)
　　　　　　　　　　　　　　　　　　　　　　Michael J. Farnan (Bar No. 5165)
　　　　　　　　　　　　　　　　　　　　　　919 N. Market St., 12th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 777-0300
　　　　　　　　　　　　　　　　　　　　　　Fax: (302) 777-0301
　　　　　　　　　　　　　　　　　　　　　　bfarnan@farnanlaw.com
　　　　　　　　　　　　　　　　　　　　　　mfarnan@farnanlaw.com

　　　　　　　　　　　　　　　　　　　　　　Lexie G. White (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Hunter Vance (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY, L.L.P.
　　　　　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 5100
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002

Telephone: (713) 651-9366
Facsimile: (713) 654-6666
lwhite@susmangodfrey.com
hvance@susmangodfrey.com

Andres C. Healy (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883
ahealy@susmangodfrey.com

*Attorneys for Plaintiffs*