

October 9, 2023

**VIA E-FILING**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

    Re:    3G Licensing, S.A., et al. v. HTC Corporation, C.A. 17-cv-83-GBW

Dear Judge Williams:

    The parties write to inform the Court that they have resolved the dispute described in D.I. 711. The parties have agreed to the following:

1. The Court instruct the jury as follows: "3G Licensing owns the Asserted Patents and holds the sole right to sue and recover for any and all infringements at issue in this case. Orange is the original owner of the Asserted Patents, but does not have any rights to sue or to recover for any infringements at issue in this case. Orange may have a right to a portion of certain monies that 3G Licensing may earn from licensing the Asserted Patents, but that is not for the jury to decide in this trial. 3G brings this case on behalf of itself and any rights that Orange may have."

2. To avoid confusion, the parties and the Court will refer to the entities by name: "3G Licensing" and "Orange" instead of "Plaintiff" of "Plaintiffs" to the jury throughout trial, including in voir dire, jury instructions and the verdict form.

                              Respectfully submitted,

                              /s/ Brian E. Farnan

                              Brian E. Farnan