IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 17-083-GBW <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

The Court, having considered HTC Corporation's Unopposed Motion to Seal Courtroom During Use of Non-Party Apple, Inc.'s Confidential Information in Upcoming Trial, and for the reasons set forth therein, ORDERS THAT:

1. The Court will seal the courtroom during the limited period where Apple's Confidential Information is being discussed or displayed at the jury trial presently scheduled to begin on October 10, 2023, such that the Apple Confidential Information Material will not be displayed to the public during the trial;

2. Any Apple Confidential Information that will be admitted into evidence will be admitted under seal.

3. Counsel for the parties will notify the Court when Apple Confidential Information is about to be discussed and there is a need to seal the Courtroom.

4. The parties will work with Apple after trial to redact the trial transcript where it contains Apple Confidential Information.

IT IS SO ORDERED this 11th day of October, 2023.

_____
United States District Court Judge