# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> HTC Corporation, <br><br> Defendant. | C.A. No. 17-cv-83-GBW <br><br> **JURY TRIAL DEMANDED** |

**[PLAINTIFFS' PROPOSED] VERDICT FORM**

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Final Jury Instructions for guidance on the law applicable to each question.

In this Verdict Form, "3G Licensing" refers to 3G Licensing, S.A. and "HTC" means defendant HTC Corporation.

## QUESTIONS AND ANSWERS

**I.  Infringement**

    **A.  U.S. Patent No. 6,856,818 ("the '818 Patent")**

1. Has 3G Licensing proven by a preponderance of the evidence that HTC directly infringed any of the following claims of the '818 Patent?

   *For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for 3G Licensing. A "No" answer is a finding for HTC.*

   |   |   | Yes | No |
   |---|---|---|---|
   | a. | Claim 18 | _____ | _____ |
   | b. | Claim 19 | _____ | _____ |
   | c. | Claim 22 | _____ | _____ |
   | d. | Claim 23 | _____ | _____ |

2. Has 3G Licensing proven by a preponderance of the evidence that HTC induced the infringement of any of the following claims of the '818 Patent?

   *For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for 3G Licensing. A "No" answer is a finding for HTC.*

   |   |   | Yes | No |
   |---|---|---|---|
   | a. | Claim 18 | _____ | _____ |
   | b. | Claim 19 | _____ | _____ |
   | c. | Claim 22 | _____ | _____ |
   | d. | Claim 23 | _____ | _____ |

**B.**     **U.S. Patent No. 7,995,091 ("the '091 Patent")**

3.   Has 3G Licensing proven by a preponderance of the evidence that HTC directly infringed any of the following claims of the '091 Patent?

*For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for 3G Licensing. A "No" answer is a finding for HTC.*

|   |   | Yes | No |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| e. | Claim 6 | _____ | _____ |
| f. | Claim 7 | _____ | _____ |

***If you answered "No" to all of these Questions 1–3 do NOT answer any other questions, leave the remaining questions unanswered and go to the final page of the Verdict Form.***

4

## II. Invalidity

4. Has HTC proven by clear and convincing evidence that any of the following claims of the '818 Patent is invalid?

   *For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for HTC. A "No" answer is a finding for 3G Licensing.*

   |   |   | Yes | No |
   |---|---|---|---|
   | a. | Claim 18 | _____ | _____ |
   | b. | Claim 19 | _____ | _____ |
   | c. | Claim 22 | _____ | _____ |
   | d. | Claim 23 | _____ | _____ |

5. Has HTC proven by clear and convincing evidence that any of the following claims of the '091 Patent is invalid?

   *For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for HTC. A "No" answer is a finding for 3G Licensing.*

   |   |   | Yes | No |
   |---|---|---|---|
   | a. | Claim 1 | _____ | _____ |
   | b. | Claim 2 | _____ | _____ |
   | e. | Claim 6 | _____ | _____ |
   | f. | Claim 7 | _____ | _____ |

***Answer Question 6 only if you found one or more of the asserted claims to be infringed in Questions 1–3 and you did not find the infringed claim(s) to be invalid in Questions 4–5.***

### III.  Damages

      6.      What is the total amount that 3G Licensing has proven by a preponderance of the evidence that it is entitled to be paid to fairly compensate it for HTC's infringement through December 2018?

$$\$_____$$

*Answer Question 7 only if you found one or more of the asserted claims to be infringed in Questions 1–3 and you did not find the infringed claim(s) to be invalid in Questions 4–5.*

### IV. Willfulness

7. Has 3G Licensing proven by a preponderance of the evidence that HTC willfully infringed **any** asserted claim?

    *A "Yes" answer is a finding for 3G Licensing. A "No" answer is a finding for HTC.*

    Yes            No

    _____     _____

**Unanimous Verdict**

_____
Date

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror