IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE, S.A.,<br><br>      Plaintiffs,<br><br>v.<br><br>HTC CORPORATION,<br><br>      Defendant. | C. A. No. 17-cv-83-GBW<br><br>███████████<br><br>REDACTED - PUBLIC VERSION |

## ORDER

AND NOW, this 6th day of October, 2023, having reviewed and considered the parties' respective claim construction arguments set forth in Defendant HTC Corporation's Motion for Resolution of Claim Construction Under *O2 Micro* and Summary Judgment of Non-Infringement of the '091 Patent, D.I. 695, and Plaintiffs' Opposition to HTC's Motion for Resolution of Claim Construction Under *O2 Micro* and Summary Judgment of Non-Infringement of the '091 Patent, D.I. 709, and also having heard and considered the oral arguments of counsel for the parties made during today's supplemental claim construction hearing, **IT IS HEREBY ORDERED** that the claim terms "call", "second call" and "initiating a second call" of U.S. Patent No. 7,995,091 ("the '091 patent") are construed as follows:

1. The claim term "call" is construed as "communication of audio and/or video data between mobile stations."

2. The claim term "second call" is construed as "a separate call or a call that includes different media than the first call."

3. The claim term "initiating a second call" is construed as "sending signaling sufficient to establish a second call, if answered."

1

With respect to the dispute between the parties as to whether the claims of the '091 patent cover both manual and/or automatic embodiments or are limited to only automatic embodiments, the Court finds that the claims of the '091 patent cover both manual and/or automatic embodiments. The claims are not limited to only automatic embodiments.

The parties shall meet and confer and file a proposed public redacted version of this Order within seven (7) days. Otherwise, the entire document will be unsealed.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

Date: October 6, 2023