IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3G LICENSING, S.A., et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>HTC Corporation,<br><br>                Defendant. | C.A. No. 17-cv-83-GBW<br><br>**JURY TRIAL DEMANDED** |

**VERDICT FORM**

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Final Jury Instructions for guidance on the law applicable to each question.

In this Verdict Form, "3G Licensing" means plaintiff 3G Licensing S.A., "HTC Corp." means defendant HTC Corporation, "'091 Patent" means "U.S. Patent No. 7,955,091" and "'818 Patent" means U.S. Patent No. 6,856,818.

## QUESTIONS AND ANSWERS

**I.    INFRINGEMENT**

    **A.    '091 Patent**

1. Has 3G Licensing proven by a preponderance of the evidence that HTC Corp. directly infringed any of the following claims of the '091 Patent?

    *For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for 3G Licensing. A "No" answer is a finding for HTC.*

    |   |         | Yes | No |
    |---|---------|-----|----|
    | a. | Claim 1 | ✓  |    |
    | b. | Claim 2 | ✓  |    |
    | e. | Claim 6 | ✓  |    |
    | d. | Claim 7 | ✓  |    |

    **B.    '818 Patent**

2. Has 3G Licensing proven by a preponderance of the evidence that HTC Corp. directly infringed any of the following claims of the '818 Patent with respect to the Verizon Accused Products?

    *For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for 3G Licensing. A "No" answer is a finding for HTC.*

    |   |          | Yes | No |
    |---|----------|-----|----|
    | a. | Claim 18 | ✓  |    |
    | b. | Claim 19 | ✓  |    |
    | c. | Claim 22 | ✓  |    |
    | d. | Claim 23 | ✓  |    |

3. Has 3G Licensing proven by a preponderance of the evidence that HTC Corp. induced the infringement of any of the following claims of the '818 Patent with respect to the Google-Fi Accused Products?

*For each asserted claim please check "Yes" or "No" below. A "Yes" answer is a finding for 3G Licensing. A "No" answer is a finding for HTC.*

|  |  | Yes | No |
|---|---|---|---|
| a. | Claim 18 | ✓ |  |
| b. | Claim 19 | ✓ |  |
| c. | Claim 22 | ✓ |  |
| d. | Claim 23 | ✓ |  |

*If you answered **all** of questions 1-3 regarding infringement "No," do NOT answer any other questions, leave the remaining questions unanswered, and go to the final page of the Verdict Form.*

## II. DAMAGES (IF APPLICABLE)

*If you answered "Yes" to **any** of Questions 1-3 on Infringement, proceed to answer the following questions 4-7 only for the patent(s) that you found are infringed.*

### A. '091 Patent

4. What has 3G Licensing proven by a preponderance of the evidence that it is entitled to as damages for HTC Corp.'s infringing sales?

    A royalty of $ __.37__ per product on a base of (*i.e.*, the number of)

    __19,535,249__ infringing products for a total sum of $__7,228,042.13__.

### B. '818 Patent (Verizon Accused Products)

5. What has 3G Licensing proven by a preponderance of the evidence that it is entitled to as damages for HTC Corp.'s infringing sales of Verizon Accused Products?

    A royalty of $ __.37__ ~~.37 .43~~ per product on a base of (*i.e.*, the number of)

    __2,551,265__ ~~4496~~ infringing products for a total sum of $ __943,968.05__ ~~946,188.05~~.

### C. '818 Patent (Google-Fi Accused Products)

6. If you found that HTC Corp. has induced the infringement of any asserted claim of the 818 patent for the Google-Fi Accused Products, on what date was 3G Licensing first entitled to damages from HTC Corp.?

    Date: __1/30/2017__

7. What has 3G Licensing proven by a preponderance of the evidence that it is entitled to as damages for HTC Corp.'s infringing sales of the Google-Fi Accused Products?

    A royalty of $ __.37__ ~~.43~~ per product on a base of (*i.e.*, the number of)

    __1,849,295__ infringing products for a total sum of $__795,196.85__.

*Answer Question 8 only if you found one or more of the asserted claims to be infringed in Questions 1-3.*

8. Has 3G Licensing proven by a preponderance of the evidence that HTC Corp. willfully infringed **any** asserted claim of any of the Asserted Patents?

   *A "Yes" answer is a finding for 3G Licensing  A "No" answer is a finding for HTC Corp.*

   |  | Yes | No |
   |---|---|---|
   | '091 Patent | ✓ | |
   | '818 Patent | ✓ | |

**Unanimous Verdict**

10/16/23
Date

[REDACTED]

[REDACTED]