

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

February 1, 2024

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

> Re:   *3G Licensing, S.A., et al. v. HTC Corporation*, C.A. No. 17-83-GBW

Dear Judge Williams:

Pursuant to D. Del. LR 7.1.4, defendant HTC Corp. hereby requests argument on its Motion for Alternative Security (D.I. 775).  Briefing on the motion is complete and the parties' submissions may be found at docket items 776, 781, and 785.

Respectfully submitted,

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (by CM/ECF & Hand Delivery)
   All counsel of record (by CM/ECF & Email)